UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                 **Case No: 6:14-cv-1268-Orl-41GJK**

**CATHY BRYANT,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the United States' Renewed Motion for Entry of Default Judgment (Doc. 10). United States Magistrate Judge Gregory J. Kelly entered a Report and Recommendation (the "R&R," Doc. 11), which recommends that the motion be granted in part and denied in part. Judge Kelly further recommends that judgment be entered in favor of the United States for $1,374.63, which comprises—$705.26 in principal; $519.37 in interest (through December 23, 2015); and $150.00 in costs.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The United States' Renewed Motion for Entry of Default Judgment (Doc. 10) is **GRANTED in part** and **DENIED in part**.

3. The Clerk is directed to enter judgment in accordance with the following language:

That Judgment is hereby entered in favor of the United States and against Cathy Bryant in the amount of $1,374.63, as of December 23, 2015, plus prejudgment interest from December 24, 2015 to the date of judgment at a rate of $0.150163265 per day and postjudgment interest that continues to accrue as provided by law, for which sum let execution issue.

4. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 29, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record